IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JESCO CONSTRUCTION CORPORATION**                                    **PLAINTIFF**

v.                                                             Civil No. 1:20cv147-HSO-RHWR

**WELLS FARGO BANK, N.A.**                                            **DEFENDANT**

### FINAL JUDGMENT OF DISMISSAL

BEFORE THE COURT is Plaintiff JESCO Construction Corporation's Motion [65] to Dismiss Certain Claims Without Prejudice and to Enter a Final Judgment. For the reasons stated in the Order granting the Motion [65] to Dismiss, and in its earlier Order [64] granting in part and denying in part Plaintiff's Motion [50] for Partial Summary Judgment, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, JESCO's common law claims and its claim for statutory interest are **DISMISSED WITHOUT PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, JESCO is entitled to, and is hereby awarded, judgment against Wells Fargo in the principal amount of the funds transferred, $269,304.56.

**SO ORDERED AND ADJUDGED**, this the 19th day of January, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE